PROB. 12B
(7/93)

**ORIGINAL**

# United States District Court

### for the

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  DENNIS TABLADILLO         Case Number:  CR 02-00339HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                       Chief U.S. District Judge

Date of Original Sentence:  2/24/2003

Original Offense:   Possession With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)

Original Sentence:  Seventy (70) months imprisonment and five (5) years supervised release with the following special conditions: 1) That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office; 2) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 3) That the defendant provide the Probation Office access to any requested financial information.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  1/19/2007

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

   4)   ***Warrantless Search*** - You shall submit to the search of your person, property, residence, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

   5)   ***Drug/Alcohol Testing*** - You shall submit to drug/alcohol testing as directed by the probation officer not to exceed 104 tests per year.

## CAUSE

The subject's term of supervised release commenced on 1/19/2007 in the District of Nevada (D/NV). Our office recently received a letter from the subject's supervising probation officer in that district requesting the above-noted modifications.

According to the Presentence Report, the subject attempted to transport crystal methamphetamine from Nevada to Hawaii. Prior to his arrest for the instant offense, the subject's substance abuse history included the occasional use of alcohol, daily use of marijuana, and the occasional use of crystal methamphetamine. Due to the nature of the conviction and the subject's substance abuse history, the D/NV requests that a search condition and a specific drug testing condition be imposed in order to allow them to supervise the subject more effectively.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modifications of his supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modifications.

This report also serves to inform the Court that the D/NV will accept a transfer of jurisdiction. This transfer will expedite any future matters that may require Court intervention. Should the Court concur with the request to transfer jurisdiction in this case, Your Honor's signature is requested on both originals of Probation Form 22, Transfer of Jurisdiction.

                                                             Respectfully submitted by,

                                                             ALYSA K. MAKAHANALOA
                                                             U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 2/23/2007

Prob 12B
(7/93)

3

THE COURT ORDERS:

[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
HELEN GILLMOR
Chief U.S. District Judge

     2·23·07
_____
             Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of HAWAII

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Warrantless Search** - You shall submit to the search of your person, property, residence, or automobile under your control by the Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant to ensure compliance with all conditions of release.

2. **Drug/Alcohol Testing** - You shall submit to drug/alcohol testing as directed by the probation officer not to exceed 104 tests per year.

Witness _____  Signed _____
U.S. Probation Officer                       Probationer or Supervised Releasee

January 22, 2007
Date