| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) CR 02-00339HG-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) **2:07-cr-00047-RLH-GWF** |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: DENNIS TABLADILLO | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/19/2007 — TO 1/18/2012 |

**OFFENSE**

POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

MAR 19 2007

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2.23.07
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 13, 2007
Effective Date

_____
Chief United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Dennis Tabladillo

2:07-cr-00047-RLH-GWF

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION**

March 8, 2007

Cr 02-00339 HG-01

TO:   U.S. DISTRICT JUDGE

On February 24, 2003, Dennis Tabladillo was sentenced by The Honorable Helen Gillmor, U.S. District Judge n the District of Hawaii to seventy (70) months imprisonment followed by five (5) years supervised release for Possession with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. § § 841(a)(1) and (b)(1)(A). On January 19, 2007, Brown released from imprisonment and began serving his term of supervised release in the District of Nevada.

In order to expedite any future problems that may arise, the District of Nevada has requested that jurisdiction of this case be transferred. We have attached the Probation Form 22/Transfer of Jurisdiction executed by The Honorable Helen Gillmor, District of Hawaii. We respectfully request that jurisdiction of this case be accepted.

Respectfully submitted,

Diane Dickinson
Senior Administrative Assistant

DRD:dd

APPROVED: _____
Robert G. Aquino, Supervising
U.S. Probation Officer

Attachments