

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE FEDERAL COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH, Room 1334
LAS VEGAS, NEVADA 89101
(702) 464-5400

**LANCE S. WILSON**
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

March 15, 2007

Clerk, U.S. District Court of Hawaii
300 Ala Moana Blvd. Rm C338
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 19 2007
DISTRICT OF HAWAII

Re: Transfer of Jurisdiction

    USA vs Dennis Tabladillo

    Your Case # CR 02-00339HG-01
    District of Nevada Case # 2:07-CR-00047-RLH-GWF

Dear Clerk:

    On March 13, 2007, this court accepted transfer of jurisdiction on the above listed defendant. In order to open the case in our court, please send us certified copies of the Indictment(s)/ Information(s), Judgment and docket sheet from your district. Find attached a copy of the Probation 22 form signed by both jurisdictions.

  **\*\* District of Nevada is currently using CM/ECF, and judges now sign documents electronically\*\***

Thank you,

LANCE S. WILSON

By: __/s/_____
Karen Richardson, Deputy Clerk

**Please acknowledge receipt on the enclosed copy of this letter.**

Received By:_____      Date: _____