| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 02-00339HG-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:07-cr-00047-RLH-GWF |

FILED IN THE UNITED STATES DISTRICT COURT

MAR 1 9 2007

at 2 o'clock and 55 min __M
SUE BEITIA, CLERK

| NAME OF PROBATIONER/SUPERVISED RELEASEE: DENNIS TABLADILLO | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE HELEN GILLMOR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 1/19/2007  TO 1/18/2012 |

**OFFENSE**

POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF METHAMPHETAMINE, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2·23·07
*Date*                        *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 13, 2007
*Effective Date*              *Chief United States District Judge*