# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

*[Stamp: 2007 MAR 26 P 3:40 CLERK US DISTRICT COURT DISTRICT OF NEVADA BY _____ DEPUTY]*

March 22, 2007

Office of the Clerk
District of Nevada
1334 Lloyd D. George, United States Courthouse
333 Las Vegas Blvd., South
Las Vegas,  NV 89101-7065

*[Handwritten: USDC NV 2:07-CR-00047-RLH-GWF]*

RE: TRANSFER OF JURISDICTION
    CR 02-00339HG-01
    USA vs. Dennis Tabladillo

Dear Sir:

Pursuant to the Order Transferring Jurisdiction, enclosed are the following:

*[Stamp: RECEIVED CLERK US DISTRICT COURT APR 0 2 2007 1:15 pm DISTRICT OF HAWAII]*

( ___ )    Certificate Copy of the Criminal Complaint

( ___ )    Certified Copy of the Indictment

( ✓ )    Certified Copy of the Judgment In A Criminal Case

( ✓ )    Certified Copy of the Docket Sheet

( ✓ )    Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk

*[signature]*
Deputy Clerk

encls.
U.S. Probation - Honolulu, HI

*********************************************************************

Receipt is acknowledged by:         Clerk, U.S. District Court

Dated: _____              By: _____